Francesca A. Arcure
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

**Order Filed on October 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| David M. Bodajlo and Dawn E. Bodajlo, | Case No. 14-13404-MBK |
| | Hearing Date: 09/13/2016 @ 9:00 a.m. |
| Debtors. | Judge: Michael B. Kaplan |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 13, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

NJOrdVacStay01                                                       4121-N-8548

|   |   |
|---|---|
| Debtors: | David M. Bodajlo and Dawn E. Bodajlo |
| Case No.: | 14-13404-MBK |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-11 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 252 Chambers St, Phillipsburg, New Jersey 08865;

2. Movant may join as defendants in said foreclosure action the Debtors and/or any trustee appointed in this case, irrespective of whether the Debtors' case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtors or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtors as required by F.R.B.P. 3002.1(b) and (c).

United States Bankruptcy Court
District of New Jersey

In re:  
David M. Bodajlo  
Dawn E. Bodajlo  
    Debtors

Case No. 14-13404-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 14, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
db/jdb         +David M. Bodajlo,    Dawn E. Bodajlo,    252 Chambers Street,    Phillipsburg, NJ 08865-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
       nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com
          Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
       jschwartz@mesterschwartz.com
          Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-11 jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Katrina L. Campbell    on behalf of Creditor    Town of Phillipsburg kcampbell@lsaclaw.com,   jhoffman@lsaclaw.com
          Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-11 NJ_ECF_Notices@buckleymadole.com
          Scott M. Wilhelm    on behalf of Joint Debtor Dawn E. Bodajlo BarbR@wwgrlaw.com,   G27019@notify.cincompass.com
          Scott M. Wilhelm    on behalf of Debtor David M. Bodajlo BarbR@wwgrlaw.com,   G27019@notify.cincompass.com
                                                                               TOTAL: 11