Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–13404–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David M. Bodajlo
252 Chambers Street
Phillipsburg, NJ 08865

Dawn E. Bodajlo
252 Chambers Street
Phillipsburg, NJ 08865

Social Security No.:
xxx–xx–5419                                          xxx–xx–0406

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 28, 2016.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 28, 2016
JJW: slf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-13404-MBK
David M. Bodajlo                                                      Chapter 13
Dawn E. Bodajlo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Dec 28, 2016
                               Form ID: 148             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2016.
```
db/jdb         +David M. Bodajlo,    Dawn E. Bodajlo,    252 Chambers Street,    Phillipsburg, NJ 08865-2914
cr             +Specialized Loan Servicing LLC,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
514555161     #+ACB Receivables Management,    19 Main Street,    Asbury Park, NJ 07712-7012
514555163      +Comcast Cable Northwest NJ,    3 Executive Campus,    Cherry Hill, NJ 08002-4103
514555164      +Commonwealth Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
514623053       Courter, Kobert & Cohen,    Katrina L. Campbell, Esq.,    1001 Route 517, Hackettstown, NJ 07840
514555166      +Eastern Account System Of Connecticut,    75 Glen Road, Suite 110,    Sandy Hook, CT 06482-1175
514555167       Hillcrest Emergency Services, PC,    PO Box 13139,    Philadelphia, PA 19101-3139
514555170      +Law Offices Of Faloni & Associates, LLC,    165 Passaic Avenue, Suite 301B,
                 Fairfield, NJ 07004-3592
514555173      +Naser Selmanovic, Esq.,    Frenkel Lambert Weiss Weisman & Gordon,    80 Main STreet, 5th Floor,
                 West Orange, NJ 07052-5460
514555174      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
514555175      +New Beginnings Pediatrics,    755 Memorial Parkway,    Phillipsburg, NJ 08865-2774
514555176      +Phillipsburg Sewer Authority,    675 Corliss Avenue,    Phillipsburg, NJ 08865-1698
514555178      +Salute/Compu Credit Corp.,    PO Box 105555,    Atlanta, GA 30348-5555
514988294      +Scott M. Wilhelm, Esq.,    Winegar, Wilhelm, Glynn & Roemersma, PC,    305 Roseberry Street,
                 Phillipsburg, NJ 08865-1600
514790340      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,
                 Highlands Ranch, Colorado 80129-2386
514555179      +Specialty Physician Associates,    250 Cetronia Road,    Allentown, PA 18104-9147
514555180       St. Lukes Warren Hospital,    Lockbox #5382,    PO Box 8500,    Philadelphia, PA 19178-5392
514636137       St. Luke's Warren Hospital,    PO Box 8500,    Lockbox 5392,    Phila, PA 19178-5392
514555183      +Village Medical Center,    207 Strykers Road,    Phillipsburg, NJ 08865-5401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2016 22:29:54     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2016 22:29:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514643415       EDI: AIS.COM Dec 28 2016 22:13:00     American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
514736097       EDI: AIS.COM Dec 28 2016 22:13:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
514624292       EDI: AIS.COM Dec 28 2016 22:13:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514682224      +EDI: ATLASACQU.COM Dec 28 2016 22:13:00     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
514555162       EDI: BANKAMER.COM Dec 28 2016 22:13:00     Bank Of America Home Loans,    PO Box 15222,
                 Wilmington, DE 19886-5222
514555181       EDI: AISTMBL.COM Dec 28 2016 22:13:00     T-Mobile,    12920 SE 38th Street,
                 Bellevue, WA 98006
514555165       EDI: RCSFNBMARIN.COM Dec 28 2016 22:13:00     Credit One Bank,    PO Box 60500,
                 City Of Industry, CA 91716-0500
514555168       EDI: HFC.COM Dec 28 2016 22:13:00     HSBC Card Services,    PO Box 37281,
                 Baltimore, MD 21297-3281
514555169      +EDI: IIC9.COM Dec 28 2016 22:13:00     IC System,    PO Box 64378,    St. Paul, MN 55164-0378
514555171      +EDI: RESURGENT.COM Dec 28 2016 22:13:00     LVNV Funding, LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
514864791       EDI: RESURGENT.COM Dec 28 2016 22:13:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514555172      +EDI: MID8.COM Dec 28 2016 22:13:00     Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
514555177       EDI: PRA.COM Dec 28 2016 22:13:00     Portfolio Recovery Associates, LLC,
                 120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
514837025       EDI: PRA.COM Dec 28 2016 22:13:00     Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                 POB 41067,    Norfolk VA 23541
514555182      +EDI: VERIZONEAST.COM Dec 28 2016 22:13:00     Verizon New Jersey, Inc.,    500 Technology Drive,
                 Weldon Springs, MO 63304-2225
514555184      +E-mail/Text: bankruptcynotice@westlakefinancial.com Dec 28 2016 22:29:52
                 Westlake Financial Services,    4751 Wilshire Blvd,    Los Angeles, CA 90010-3827
514716288      +E-mail/Text: bankruptcynotice@westlakefinancial.com Dec 28 2016 22:29:52
                 Westlake Financial Services,    4751 Wilshire Blvd. Suite 100,    Los Angeles, CA 90010-3847
514675834       EDI: ECAST.COM Dec 28 2016 22:13:00     eCAST Settlement Corporation, assignee,
                 of HSBC Bank Nevada and its Assigns,    POB 35480,    Newark, NJ 07193-5480
                                                                                                TOTAL: 20
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Dec 28, 2016
                              Form ID: 148             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
               nj_ecf_notices@buckleymadole.com
              Jason Brett Schwartz    on behalf of Creditor    Westlake Financial Services
               jschwartz@mesterschwartz.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-11 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Katrina L. Campbell    on behalf of Creditor    Town of Phillipsburg kcampbell@lsaclaw.com,
               jhoffman@lsaclaw.com
              Melissa N. Licker    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-11 NJ_ECF_Notices@buckleymadole.com
              Scott M. Wilhelm    on behalf of Joint Debtor Dawn E. Bodajlo BarbR@wwgrlaw.com,
               G27019@notify.cincompass.com
              Scott M. Wilhelm    on behalf of Debtor David M. Bodajlo BarbR@wwgrlaw.com,
               G27019@notify.cincompass.com
                                                                                             TOTAL: 12