Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–13404–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David M. Bodajlo
252 Chambers Street
Phillipsburg, NJ 08865

Dawn E. Bodajlo
252 Chambers Street
Phillipsburg, NJ 08865

Social Security No.:
 xxx–xx–5419

xxx–xx–0406

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 24, 2017         Michael B. Kaplan
                                 Judge, United States Bankruptcy Court